No. 414. CHANDLER, RECEIVER, *v.* MANIFOLD. October 16, 1933. Petition for writ of certiorari to the Supreme Court of Colorado denied upon the ground that

the alleged federal question was not properly presented to the Supreme Court of Colorado. *Caperton* v. *Bowyer,* 14 Wall. 216, 236; *Hulburt* v. *Chicago,* 202 U.S. 275, 280, 281; *Hiawasee River Power Co.* v. *Carolina-Tennessee Co.,* 252 U.S. 341, 343. *Mr. Archibald A. Lee* for petitioner. No appearance for respondent.